DEFT: Christopher Gilbourne (J)#          CASE NO: 00-4006-BSS
AUSA: Roger Stefin *present*              ATTNY: _____
AGENT: _____                        VIOL: Conspiracy to PWID cocaine
PROCEEDING: Initial Appearance            BOND REC: 150,000 Corp. Surety

BOND HEARING HELD - yes/no                COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

- advised of charges
- will hire an atty

FILED by ___ D.C.
JAN 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 1-21-00 | 11:00am | BSS |
| BOND HEARING: | 1-21-00 | 11:00am | BSS |
| PRELIM/ARRAIGN. or REMOVAL: | 1-28-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 1-18-00    TIME: 11:00am    TAPE # 00-002  PG # 9
                                           1536—