DEFT: Christopher Gilbourne (J)#    CASE NO: 00-4006-LSS
AUSA: Roger Stefin /Rosenthal/      ATTNY: Jonathon Rowe (temp)
AGENT:                              VIOL:
PROCEEDING: Inquiry re Counsel/BOND HEARING    BOND REC:
BOND HEARING HELD - yes/(no)        COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Bond hrg cont'd until notified by atty.

NEXT COURT APPEARANCE:   DATE:      TIME:     JUDGE:
INQUIRY RE COUNSEL:      1-28-00    11:00am   BSS    ✓
PTD/BOND HEARING:
PRELIM/ARRAIGN.XXXXXVAL: 1-28-00    11:00am   BSS    ✓
STATUS CONFERENCE:
DATE: 1-21-00   TIME: 11:00am   TAPE 00-006   PG # 10
                                     39-

25 pr