# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR _____ 00-4006-LSS
           Plaintiff )
     -vs- ) REPORT COMMENCING CRIMINAL
                     ) ACTION
_____ )
           Defendant

FILED by _____ D.C.
JAN 24 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE
    U.S. DISTRICT COURT     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: _____

(3) OFFENSE(S) CHARGED: _____

(4) UNITED STATES CITIZEN: ( )YES (✓)NO ( )UNKNOWN

(5) DATE OF BIRTH: _____

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT     [✓] COMPLAINT     CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 01-14-00    (9) ARRESTING OFFICER _____

(10) AGENCY _____ (11) PHONE # _____

(12) COMMENTS _____