UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ~~00-M4006~~  00-6022-CR- DTKH
Magistrate Judge L. Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER GILBOURNE,

    Defendant.
_____/

## NOTICE OF TEMPORARY APPEARANCE

PLEASE TAKE NOTICE that the undersigned Attorney appears as counsel for the Defendant CHRISTOPHER GILBOURNE in the above styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Roger Stefin, Esquire, Assistant United States Attorney, U.S. Department of Justice, One Financial Center, 7th Floor, Ft. Lauderdale, FL 33301 this 25th day of January, 2000.

David P. Rowe, Esquire
18800 NW 2nd Avenue, #105-A
Miami, FL 33169
(305) 412-0059 or (305) 770-2119
FL. Bar No. 373575