COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

REC'D by _____ D.C.
INTAKE
CASE NO: 00-4006-LSS
JAN 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

00-6022-CR-Hurley

DEFT: Christopher Gilbourne (J)#
AUSA: Roger Stefin  present
AGENT: _____
PROCEEDING: Inquiry re Counsel/Prelim/ Arraignment   BOND REC: ____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: CJA — Joe Bailey
BOND SET @ ____
CO-SIGNATURES: ____
SPECIAL CONDITIONS:

David Rowe (temp)
(called + said he was not retained)

FILED by _____ D.C.
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

No Bond hrg held — one can be set WPB
△ - sworn for Counsel

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House ____
     ___ Electronic Monitoring ____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Partially Indigent — must deposit $250 into Ct. Reg. w/in 30 days.

Parties do not have objections to atty Bailey

NEXT COURT APPEARANCE:
INQUIRY RE COUNSEL: status re partial indigent    DATE: 2-13-00    TIME: 11:00am    JUDGE: BSS
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL:    2-28-00    9:30am    AEV/WPB
STATUS CONFERENCE: ____
DATE: 1-28-00    TIME: 11:00am    TAPE # 00-61Ø    PG # 10

10-100?
00-011
956-1000
786-1400