UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REC'D by _____ D.C.
INTAKE

JAN 3, 2000

CLERK OF FLORIDA
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. _____ *OO-6022-CR*

*Hurley*

1-26-00
RL

UNITED STATES OF AMERICA,

Plaintiff,

vs.

*Christopher Gilbourne*

Defendant.

_____/

## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
## OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the
Defendant for appointment of counsel pursuant to the Criminal Justice
Act, 18 U.S.C. Section 3006A, and the Court having found after hearing
that private funds are available for payment by the Defendant for
partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the
sum of *$ 250* on or before *2-28-00* to the Clerk of
Court for deposit in the Treasury as reimbursement to the
appropriation current at the time of payment, pursuant to 18 U.S.C.
3006A(f). Unless such payment is made on or before the above stated
date the Court may terminate the appointment of counsel as the
interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is
further ORDERED that a status conference on reimbursement will be held
on *March 13* 2000 at *11:00* a.m./p.m.

DONE AND ORDERED at *Ft Lauderdale*, Florida this *28* day of
*January*, *2000*.

TAPE NO.

_____
UNITED STATES MAGISTRATE JUDGE

c:   AUSA
     Defense Counsel
     Financial Section
     Pretrial Services
     U.S. Marshal