

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6022-CR-HURLEY**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER GILBOURNE,

    Defendant.
_____/



## NOTICE OF PERMANENT APPEARANCE

PLEASE TAKE NOTICE that the undersigned Attorney appears as Counsel for the Defendant Christopher Gilbourne in the above style cause and files this his Notice of Permanent Appearance for the said Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Roger Stefin, Esquire, Assistant United States Attorney, U.S. Department of Justice, One Financial Center, 7th Floor, Ft. Lauderdale, FL 33301 this 8th day of February, 2000.

David P. Rowe, Esquire
18800 NW 2nd Avenue, #105-A
Miami, FL 33169
(305) 412-0059 or (305) 770-2119
FL. Bar No. 373575

