UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER GILBOURNE,

    Defendant.

_____/




## NOTICE OF FILING

    PLEASE TAKE NOTICE that the Defendant CHRISTOPHER GILBOURNE, by and through the undersigned Attorney, now files the attached Letter to the Legal Department, Federal Detention Center, Miami, from David P. Rowe, Esquire, dated February 7, 2000.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Roger Stefin, Esquire, Assistant United States Attorney, U.S. Department of Justice, One Financial Center, 7th Floor, Ft. Lauderdale, FL 33301 this 7th day of February, 2000.

David P. Rowe, Esquire
18800 NW 2nd Avenue, #105-A
Miami, FL 33169
(305) 412-0059 or (305) 770-2119
FL. Bar No. 373575

# David P. Rowe, LLB, J.D.

18800 N.W. 2nd Ave.
Suite 105 A
Miami, Florida 33169
U.S.A.

P.O. Box 414
Kingston 6
Jamaica W.I.

Tel: 305-412-0059
    305-770-2119
Fax: 305-595-2641
    305-770-2120

February 7, 2000.

Legal Department,
Federal ; Detention Center,
Miami.

    Re:   United States v. Christopher Gilbourne.
           Case No. 00-6022-CR-HURLEY

Dear Sir,

Mr. Chrstopher Gilbourne has been unable to make telephone calls to Ms. Yvonne Bradford his common-law wife (they live together and have a child) so that she can arrange for private counsel to appear on his behalf.

Ms. Braford has traveled to Miami to accompany me, Mr. Gilbourne's Attorney, to make the required financial arrangements to enable me to enter Permanent Appearance on behalf of Mr. Gilbourne. I had assured U. S. Magistrate Judge Seltzer that I would do this on an expedited basis in order to convert my Temporary Appearance into a Permanent Appearance.

Please permit me to see Mr. Gilbourne in the company of Ms. Bradford today for twenty (20) minutes solely for the purpose of making these arrangements. Ms. Bradford is a naturalized U. S. Citizen, without a conviction or an arrest record in the United States or overseas.

*Member of the Florida Bar*
*Member of the Jamaica Bar*

Kindly note attached a copy of my Notice of Temporary Appearance as also the Birth Certificate of the child born to Ms. Bradford and Mr. Gilbourne.

Yours sincerely,

David P. Rowe.

c.c.   Honorable Magistrate Judge Seltzer,
       Clerk of the Court, S.D., Florida.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ~~00-M4006~~   00-6022-CR-DTKH
Magistrate Judge L. Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER GILBOURNE,

    Defendant.
_____/

### NOTICE OF TEMPORARY APPEARANCE

    PLEASE TAKE NOTICE that the undersigned Attorney appears as counsel for the Defendant CHRISTOPHER GILBOURNE in the above styled cause.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Roger Stefin, Esquire, Assistant United States Attorney, U.S. Department of Justice, One Financial Center, 7th Floor, Ft. Lauderdale, FL 33301 this 25th day of January, 2000.

David P. Rowe, Esquire
18800 NW 2nd Avenue, #105-A
Miami, FL 33169
(305) 412-0059 or (305) 770-2119
FL. Bar No. 373575

# DURHAM COUNTY HEALTH DEPARTMENT
## DURHAM, NORTH CAROLINA
### Certificate of Birth

Name of Child: CHRISTOPHER OSCAR GILBOURNE, JR.

Date of Birth: SEPTEMBER 28, 1998    Sex: MALE
    (Month)    Day    Year

Place of Birth: DURHAM CITY DISTRICT    DURHAM    NC
    (City, Town, or Township)    County    State

**PARENTAGE**

| Father | Mother |
|---|---|
| CHRISTOPHER O GILBOURNE (AFFID) | YVONNE BRADFORD |
| Father's Name | Mother's (Maiden Name) |
| 24 | 27 |
| Age at time of this birth | Age at time of this birth |
| JAMAICA | JAMAICA |
| Place of Birth | Place of Birth |

OCTOBER 02, 1998    03295    2462
Date Filed    Reg. Dist. #    Certificate #

I do hereby certify that the above is a true copy of the essential facts recorded on the birth record on file in this office for the individual named hereon.

Date Issued: 01/19/1999

*[signature]* Nina L. Covington
Register of Deeds

BY: *[signature]* Cornelia R. Oates
Deputy Register of Deeds

12/97

ACCOUNTING NUMBER: 1999000367      1 - COPIES WANTED
REQ NAME:      3.00 - TOTAL AMT CHARGED
ADDRESS:      3.00 - TOTAL AMT RECEIVED

01/19/99 - PAYMENT DATE