UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ~~00-M4006~~, 00-6022-CR-Hurley
Magistrate Judge L. Snow

UNITED STATES OF AMERICA
    Plaintiff v.
CHRISTOPHER GILBOURNE,
    Defendant
_____/

REC'D by _____ D.C.
FEB 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANT'S MOTION FOR DISCLOSURE OF EXISTENCE OF CONFIDENTIAL INFORMERS.

COMES NOW the Defendant CHRISTOPHER GILBOURNE, by and through the undersigned Attorney and moves this Court to enter an Order requiring the Government to disclose the existence of any informers relied on by the Government for any purpose in the above-captioned action. Defendant requests that the Government be required to advise the Defendant whether any informers were used by the Government and whether the Government plans to call any such informer(s) as a witness at trial.

Defendant further requests that the Government be ordered to reveal whether such informer presently is a codefendant in this action and whether any such informer participated in the criminal activity charged in the indictment.

This Motion seeks only the existence and not the identity of any such informer and is made without prejudice to the Defendant's right to attempt to ascertain the identity of any such informer by subsequent Motion.

Respectfully Submitted.

_____
DAVID P. ROWE, ESQ.
18800 NW 2nd Ave., #105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119
Fla. Bar No. 0373575

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this 15th day of February, 2000.

_____
DAVID P. ROWE, ESQ.