UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY/VITUNAC,

UNITED STATES OF AMERICA

   Plaintiff v.

CHRISTOPHER GILBOURNE,
   Defendant
_____/

## DEFENDANT'S MOTION FOR GIGLIO MATERIALS

COMES NOW the Defendant CHRISTOPHER GILBOURNE, by and through the undersigned Attorney and moves this Court to enter an Order requiring the Government to disclose the existence all *Giglio* Materials in the above styled cause and states:

1. The Defendant is charged on an Indictment with four co-defendants.

2. The Government alleges that it has tape-recordings in its possession of conversations between a confidential source and someone in Jamaica. The Government has not disclosed wether the confidential source is a paid informer and the circumstances in which he was engaged.

3. The defense has probable cause to believe that the Government has entered into preferential treatment arrangemenmts with persons who will be called upon to testify for the Government in this case and may have made substantial payments to those persons or offered them immunity as an inducement for them to testify against the Defendant Christopher Gilbourne.



4. It is essential for counsel for the defense to be provided with all material which falls under the decision in *Giglio v. United States*, 405 U. S., 150 (1972) and *Napue v. Illinois*, 360 U. S. 264 (1959) to enable him commence the preparation of the defense for trial.

5. Disclosure of the Giglio material will not prejudice the prosecution in any way.

WHEREFORE the Defense respectfully requests the Court to enter an Order directing the Government to provide to the Defense all *Giglio* material inn its possession.

Respectfully Submitted.

_____
DAVID P. ROWE, ESQ.
18800 NW 2nd Ave., #105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119
Fla. Bar No. 0373575

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this 15th day of February, 2000.

_____
DAVID P. ROWE, ESQ.