# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**    DATE: 2/28/00    TIME: 10:00 AM

DEFT. 4) CHRISTOPHER GILBOURNE    CASE NO. 00-6022-CR-HURLEY
    (Defendant not needed)

AUSA. ROGER STEFIN    ATTY. DAVID ROWE

AGENT. _____    VIOL. CONSP/PWID COCAINE
              21:846

PROCEEDING STATUS RE: DISCOVERY    BOND. _____

DISPOSITION _Transcripts of tapes will be provided._
_Estimated trial time - 5 days._

DATE: 2/28/00.    TAPE: LRJ-00- 15-142