TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. ___CHRISTOPHER GILBOURNE___

CASE NO. __00-6022__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __February 28, 2000__.

The parties report as follows

\_\_\_\_ There are no pending motions for pre-trial determination

\_✓\_ The following motions are pending before the assigned Magistrate Judge:

*Pending are recently filed motions for 6/5/10 and disclosure of CI material*

\_\_\_\_ The following motions are pending and appropriate for resolution by the District Court at time of trial:

\_\_\_\_ There are no discovery problems.

\_✓\_ The case is likely to settle by plea. *It is too early to determine whether or not the case will plead*

\_\_\_\_ The case is ready for trial and not likely to settle by plea.

\_✓\_ The parties estimate trial will take __5__ days to complete.

\_✓\_ Other comments:

*The government is preparing transcript of u/c conversations*

Respectfully submitted,

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant