REC'D by _____ D.C.
MAR 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CR-Hurley

UNITED STATES OF AMERICA

    Plaintiff,

VS.
  Christopher Gilbourne

    Defendant.
_____/



FILED by ___ D.C.
MAR 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER VACATING ORDER ON PARTIAL INDIGENCE
### FOR APPOINTMENT OF COUNSEL
### AND DISTRIBUTION OF AVAILABLE FUNDS

Upon consideration of the defendant's Motion to Vacate this Court's Order on Partial Indigence for Appointment of Counsel and Distribution of Available Funds, and being fully advised in the matter, it is

ORDERED and ADJUDGED that the order entered on 1-28-00 directing the defendant to pay $250 to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE and ORDERED this 6 day of March 2000.

                              U.S. MAGISTRATE JUDGE
                              BARRY S. SELTZER

c:  United States Attorney
    Financial Section
    Defense Counsel (David Rowe)
    Pretrial Services

Rev. 3/93

75