UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN, et al.,

    Defendants.
_____/

## ORDER

    THIS CAUSE is before the court on general order of reference from United States District Court Judge Daniel T.K. Hurley for disposition of and/or the filing of a report and recommendation with respect to all pending pretrial criminal motions. Before the court are defendants GILBOURNE'S, DANY'S and LLEWLYN'S Motions for Disclosure of the Existence of Confidential Informers and Motions for *Giglio* Material. The government has responded adequately to each of those motions. This court notes, however, that none of the motions contain the required certificate pursuant to Local Rule 88.9 which requires local counsel to attempt to get that information from the government prior to filing a motion.

1

All four motions [DE 55, 56, 57, 60 & 61][1] are **DENIED** as moot and **DENIED** for failure to comply with Local Rule 88.9.

**DONE and ORDERED** this 17th day of March, 2000, at West Palm Beach in the Northern Division of the Southern District or Florida.

/s/ Ann E. Vitunac
ANN E. VITUNAC
United States Magistrate Judge

Copies Furnished To:

Roger Stefin, AUSA
Philip Horowitz, Esq.
David Rowe, Esq.
Russell Rosenthal, Esq.
Arthur Machetta, Esq.
Charles G. White, Esq.
Paul McKenna, Esq.

---

[1] DE 55 and 57 are the same motion, docketed twice.