UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER GILBOURNE,

    Defendant.

_____/

## NOTICE OF FILING

    PLEASE TAKE NOTICE that the Defendant CHRISTOPHER GILBOURNE, by and through the undersigned Attorney, now files the attached Memorandum Of Law In Support Of Defendant's Motion To Exclude Tape Transcripts Of Tape Recordings And Notice Of Jencks Violations.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Roger H. Stefin, Esquire, Assistant United States Attorney, U.S. Department of Justice, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394 this 15th day of May 2000.

                    David P. Rowe, Esquire
                    18800 NW 2nd Avenue, #105-A
                    Miami, FL 33169
                (305) 412-0059 or (305) 770-2119
                    FL. Bar No. 373575