UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

*[Stamp: FILED by HH D.C. MAY 15 2000 CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.]*

*[Handwritten: 00-6022-CR-Middlebrooks]*

HONORABLE DONALD M. MIDDLEBROOKS, Presiding

Date 5/15/00

Cont'd from 5/11/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. _____ | _____ |

AUSA Roger Stefin, Esq.

Deputy Clerk Joyce Walden  Reporter Roger Watford

TRIAL: JURY xx

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____  JURY TRIAL HELD ✓  CONTINUED TO 5/16/00 @ 9:30 AM

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

SENTENCING SET FOR ___/___/___ AT _____

JURORS

1. _____  5. _____  9. _____

2. _____  6. _____  10. _____

3. _____  7. _____  11. _____


Rec'd in MIA Dkt 5/18