

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

00-6022-CR-MIDDLEBROOKS

HONORABLE DONALD M. MIDDLEBROOKS, Presiding

Date 5/16/00

Cont'd from 5/15/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. | |

AUSA Roger Stefin, Esq.

Deputy Clerk Joyce Walden    Reporter Roger Watford

TRIAL:    JURY xx

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____  JURY TRIAL HELD ✓  CONTINUED TO 5/17/00 @ 9:30 AM

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

SENTENCING SET FOR __/__/__ AT _____

JURORS

1. _____    5. _____    9. _____
2. _____    6. _____    10. _____
3. MAY 18 2000       7. _____    11. _____

Rec'd in MIA Dkt _____

104/WC