FILED by _____ D.C.

MAY 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CRIMINAL TRIAL MINUTES

00-6022-CR-
MIDDLEBROOKS

HONORABLE DONALD M. MIDDLEBROOKS_____, Presiding

Date 05/17/00

Cont'd from 05/16/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. _____ | _____ |

AUSA Roger Stefin, Esq.___

Deputy Clerk Joyce Walden_____    Reporter Roger Watford_____

TRIAL:   JURY xx

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD ✓ CONTINUED TO __/__/__
Closing Arguments made / deliberations commenced
MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ✓
See Verdict forms

SENTENCING SET FOR ___/___/___ AT _____

### JURORS

| | | |
|---|---|---|
| 1._____ | 5._____ | 9._____ |
| 2._____ | 6._____ | 10._____ |
| 3. MAY 1 9 2000 | 7._____ | 11._____ |

Rec'd in MIA Dkt _____