00-6022-CR-Middlebrooks
USA v. Gilbourne, et al.
Jury Notes

FILED by _ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

May we please see the Large Chart with Breakdown of Participants + Tape Recorder.

11:40

Laurence Brot

5/17/00 — Lawrence Brotz

MAY 19 2000
Rec'd in MIA Dkt _____

00
US

The large chart with the breakdown of participants was used as an aid in argument but is not in evidence and I cannot provide it to you,

Don Middlebrooks

MAY 19 2000