00-6022-CR-Middlebrooks
USA v. Gilbourne, ET AL
Jury Notes

We have a verdict
5/17 3:30pm

*Lawrence [signature]*

FILED by _____ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Rec'd   MAY 19 2000
Rec'd in MIA Dkt _____