UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY/VITUNAC,

UNITED STATES OF AMERICA

    Plaintiff v.

CHRISTOPHER GILBOURNE,
    Defendant

_____

## MOTION FOR NEW TRIAL

    COMES NOW the Defendant CHRISTOPHER GILBOURNE, by and through the undersigned Attorney and pursuant to Rule 33 of the Federal Rules of Criminal Procedure moves this Honorable Court to enter an Order for New Trial in the above styled cause and states:

1. Defendant Christopher Gilbourne was convicted by a jury in the Palm Beach Division of the District Court for the Southern District of Florida on May 17, 2000 of an Indictment alleging Conspiracy to possess with intent to distribute cocaine on January 13, 2000 and on January 14, 2000.

2. The Trial Judge wrongly excluded relevant evidence which the Defense sought to introduce as an exhibit, to wit, the Book "Jamaica Labrish" by Louise Bennett. This Book had been identified by Government witness Winsome Lord, who had been called to give evidence on the Jamaican language "Patois", as a major source work for the Jamaican



language and which is the language in which the Tape transcripts were written.

3. Officer Skelton committed perjury on the Witness Stand by stating that he had forgotten who had briefed him on the witness' picture the day before.

4. The learned Trial Judge erred in not declaring a mistrial when the Government withdrew Exhibit 13 -1 which had been deliberately changed without the translator's knowledge, to reflect the name of Christopher Gilbourne as one of the speakers.

5. The learned Trial Judge ought to have excluded all the transcripts prepared by Officer Branock who testified that he had no knowledge of Jamaican Patois.

WHEREFORE the Defendant respectfully requests that this Motion be granted.

Respectfully Submitted.

*[signature]*

DAVID P. ROWE, ESQ.
18800 NW 2nd Ave., #105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119
Fla. Bar No. 0373575

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States

Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this 18th day of May, 2000.

*David P Rowe / By n*
DAVID P. ROWE, ESQ.