UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

CHRISTOPHER GILBOURNE,
EDWARD DANY,
DORREL BRYAN,

    Defendant(s).

_____/

THIS CAUSE has come before the Court upon the Defendant's Ore Tenus Motion to Extend Time for Filing of Post-Trial Motions, made on May 17, 2000 in open court. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. All post-trial motions shall be filed by June 1, 2000.

DONE AND ORDERED at Miami, Florida, this 22nd day of May, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Roger Stefin, AUSA
       David Rowe, Esq.
       Paul McKenna, Esq.
       Arthur Marchetta, Jr., Esq.

