```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

           CASE NO. 00-6022-CR-MIDDLEBROOKS
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER GILBOURNE,

    Defendant(s).

_____/

FILED by ___ D.C.

MAY 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>ORDER</u>

THIS CAUSE has come before the Court upon the Defendant's Motion for New Trial, filed May 22, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this 24th day of May, 2000.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

cc: David Rowe, Esq.
    Roger Stefin, AUSA

