UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff(s),

-vs-
CHRISTOPHER GILBOURNE,
        Defendant(s).
_____/



FILED by _____ D.C.
MAY 30 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos.

☐ Oversize records (larger than 10"x12"x15")
   Item Nos.

☐ Stored by Records Section in Miami
   Item Nos.

☐ Other: Newspaper Article, Transcript of Jamaican Trial

Signature: _David P Rowe_
Print Name: _David P. Rowe P.A_
Agency or Firm: _____
Address: _15600 NW. 2nd Ave #105-A, Miami, Fl. 33169_
Telephone: _(305) 412-0059 (305) 770-2119_
Date: _May 26th 2000_
Exhibits released by: _Joyce A. Walden_
                     Courtroom Deputy Clerk

☐ Attachments

