

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN FLORIDA,
FORT LAUDERDALE DIVISION**

**CASE NO. 00-6022-CR-MIDDLEBROOKS.**

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

### NOTICE OF APPEAL.

NOTICE is hereby given that CHRISTOPHER GILBOURNE, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on May 24, 2000, in which it was ordered and adjudged that defendant Gilbourne's Motion for New Trial filed May 22, 2000 be DENIED".

                              DAVID P. ROWE, ESQ.,
                              FBN 373575
                          18800NW 2nd Ave., # 105A,
                            Miami, FL 33169
                        (305) 412-0059; (305) 770-2119.
                      Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger Stefin, Assistant United States Attorney,

500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394 and to Kathleen Williams, Esq., Federal Public Defender, 150 West Flagler Street, # 1500, Miami, FL 33130-1555 this 31st day of May, 2000.

_____
DAVID P. ROWE, ESQ.

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk



June 21, 2000

Clarence Maddox
Clerk, U.S. District Court
Southern District of Florida
301 North Miami Avenue, # 150
Miami, FL

Re: USA v. Christopher Gilbourne
District Court Case No.: 00-06022-CR-DMM

---

Enclosed is a notice of appeal erroneously sent to this Court and now forwarded to you for filing as of the date received by this Court (6/05/00), in accordance with Fed.R.App. 4(a)(1).

Please acknowledge receipt of the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

By: Sheila Welten (404)335-6217
Supervisor, Case Initiation

encl.