**SENTENCING MINUTES**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ___ D.C.
SEP 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CASE # 00-6022-CR
DEFENDANT: Christopher Gilbourne
JUDGE: Middlebrooks
Deputy Clerk: Carol Wilder
DATE: 9-6-00
Court Reporter: Robert Watters
USPO: Theresa Bradman
AUSA: Roger Stefin
Deft's Counsel: David Rowe

____ COUNTS DISMISSED _____
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts
                         160       1 & 2  ☑ Concurrent

Supervised Release  5 yrs  ☑ 1 & 2  ☑ Concurrent

Probation    Years    Months    Counts

Comments: (deportation language)

Assessment $ 200          Fine $ ____

Restitution/Other ____
**CUSTODY**
✓ Remanded to the Custody of the U.S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: NC facility

Rec'd in MIA Dkt ____