# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN FLORIDA,

CASE NO. 99-14016-CR-MIDDLEBROOKS.

00-6022-CR

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOP[HER GILBOURNE,

    Defendant.

## NOTICE OF APPEAL.

NOTICE is hereby given that CHRISTOPHER GILBOURNE, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of conviction and sentence, entered in this action on September 6, 2000, in which it was ordered and adjudged that defendant CHRISTOPHER GILBOURNE serve a sentence of 160 months in respect of the two counts of the Indictment in the above styled cause.

DAVID P. ROWE, ESQ.,
FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States

Attorney, 500 East Broward Bpulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140 West Flagler Street, Room 1500, Miami, FL 33130-1555, this 7th day of September, 2000.

*David P. Rowe /By ax*
DAVID P. ROWE, ESQ.