REC'D by _____ D.C.
APPEAL

OCT 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN FLORIDA,

### CASE NO. ~~99-14016-CR-~~MIDDLEBROOKS.

*00-6022-CR-Dmm*

UNITED STATES OF AMERICA,

  Plaintiff

vs.

CHRISTOPHER GILBOURNE,

  Defendant.

## MOTION TO EXTEND TIME TO FILE MOTION TO WITHDRAW AS COUNSEL.

  COMES NOW David P. Rowe, Esq., undersigned Counsel and files this Motion to extend Time to Withdraw as Counsel for the Defendant/Appellant Christopher Gilbourne and for good cause would show to the Court as follows:

1. Undersigned Attorney appeared as counsel for the Defendant/Appellant Christopher Gilbourne during his trial in this case.

2. The Defendant/Appellant was convicted and sentenced to a term of 160 months imprisonment.

3. In order to preserve the Defendant/Appellant's right to appeal, undersigned Counsel filed a Notice of Appeal on September 7, 2000.

4. Undersigned Counsel has written to Defendant/Appellant on numerous occasions and has sought instructions from the defendant/Appellant in respect of the prosecution of his appeal.



5.    Defendant/Appellant has not given the undersigned Attorney any instructions to prosecute his appeal and has not paid the filing fees in relation to this Appeal.

6.    In so far as the undersigned Attorney has been made aware, Defendant/Appellant is indigent and is unable to pay fees or costs in respect of this Appeal.

7.    The undersigned Counsel is not in a position to represent the Defendant/Appellant in this appeal in the light of the fact that he has no instructions from the Defendant/Appellant to represent him in this appeal.

8.    The Petitioner filed this Motion to Withdraw on September 29, 2000 but the Motion has not yet been ruled on by the Court. Petitioner has asked the Clerk to schedule the Motion for hearing. A copy of that letter is exhibited hereto and marked A".

9.    The Petitioner was advised by the Assistant Public Defender that Abe Bailey, Esq., of Counsel have been appointed as Appellate Counsel for the Appellant . Attorney Abe Bailey has denied such appointment.

9.    Petitioner will contact Attorneys for the Government and the Public Defender in relation to this Motion for Extension of Time.

    WHEREFORE undersigned Counsel respectfully requests this Honorable Court to enter an Order granting an extension of time  within which to obtain the Order of the Court permitting him to Withdraw as Defendant/Appellant's counsel in respect of this Appeal.

DAVID P. ROWE, ESQ.,

FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing
was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States
Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL
33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140
West Flagler Street, Room 1500, Miami, FL 33130-1555, Clerk of the
Eleventh Circuit this 25th day of October, 2000.

DAVID P. ROWE, ESQ.

Your most early attention will be appreciated.

Yours sincerely,

*David P. Rowe /By rf*

David P. Rowe.

c.c. Mildred Norwood,
United States Court of Appeals,
Eleventh Circuit,
56 Forsythe Street, N.W.,
Atlanta, Georgia 30303.

# David P. Rowe, LLB, J.D.

18800 N.W. 2nd Ave.
Suite 105 A
Miami, Florida 33169
U.S.A.

P.O. Box 414
Kingston 6
Jamaica W.I.

Tel: 305-412-0059
      305-770-2119

Fax: 305-595-2641
      305-770-2120

October 25, 2000.


Ms. Sandra Burnham,
Deputy in Charge,
U.S. District Court,
701 Clementis Street, Room 402,
West Palm Beach, FL 33401.

                Re:    United States v. Christopher Gilbourne,
                       Case No. 00-06022-CR-DMM.

Dear Ms. Burnham.

On September 29, 2000 I filed a Motion to Withdraw as counsel for the Defendant Christopher in the above styled matter. I filed a Draft Order for the use of the Court. At this time I have not had a decision in relation to my Motion.

Could you please advise me of the earliest date and time available to the Court for the scheduling of this Motion to Withdraw. Of course, if the Court is able to rule on the matter without a hearing, I will be obliged.



*Member of the Florida Bar*
*Member of the Jamaica Bar*