UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN FLORIDA,

MIAMI DIVISION

CASE NO. 99-14016-CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

### FURTHER MOTION TO WITHDRAW AS COUNSEL.

    COMES NOW David P. Rowe, Esq., undersigned Counsel and files this Further Motion to Withdraw as Counsel for the Defendant/Appellant Christopher Gilbourne and for good cause would show to the Court as follows:

1. On September 29, 2000, undersigned counsel prepared a Motion to Withdraw as Counsel and a proposed Order for the Withdrawal of Counsel and gave instructions for the same to be filed with the Court. A copy of the said Motion is exhibited hereto and marked "DPR 1". A copy of the proposed Order is exhibited hereto and marked "DPR 2".

3. The appellant was tried in the Palm Beach Division of the US District Court for the Southern District of Florida. Undersigned Counsel was under the confident impression that the Motion to Withdraw was filed.



4. Undersigned Counsel was not in a position to complete the requisite documents from the Registrar of the 11th Circuit Court of Appeals to perfect this appeal as he had received no further instructions from his Client in relation to the appeal.

5. Undersigned Counsel filed a Motion to Extend time to file Motion to Withdraw Counsel, a copy of which is exhibited hereto and marked "DPR 3". He has been informed by the Deputy in charge of the West palm Beach Division of the Court that the Motion to Withdraw was not received by the Court. A copy of that letter is exhibited hereto and marked "DPR 4".

6. Undersigned Counsel requests the Court to permit him to Withdraw as Counsel on the basis that he has had no instructions from the appellant to continue to represent him despite numerous letters from the undersigned counsel to the appellant which have gone unanswered and which have not been returned to the undersigned counsel.

WHEREFORE the undersigned Counsel requests that the Motion to Extend Time be granted and that the Further Motion to Withdraw be granted.

DAVID P. ROWE, ESQ.,
FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140

West Flagler Street, Room 1500, Miami, FL 33130-1555, Clerk of the Eleventh Circuit of Appeals, 56 Forsyth Street, NW., Atlanta GA 30303, this 30th day of October, 2000.

_____
DAVID P. ROWE, ESQ.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN FLORIDA,

CASE NO. 99-14016-CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

### MOTION TO WITHDRAW AS COUNSEL.

COMES NOW David P. Rowe, Esq., undersigned Counsel and files this Motion to Withdraw as Counsel for the Defendant/Appellant Christopher Gilbourne and for good cause would show to the Court as follows:

1. Undersigned Attorney appeared as counsel for the Defendant/Appellant Christopher Gilbourne during his trial in this case.

2. The Defendant/Appellant was convicted and sentenced to a term of 160 months imprisonment.

3. In order to preserve the Defendant/Appellant's right to appeal, undersigned Counsel filed a Notice of Appeal on September 7, 2000.

4. Undersigned Counsel has written to Defendant/Appellant on numerous occasions and has sought instructions from the defendant/Appellant in respect of the prosecution of his appeal.

5. Defendant/Appellant has not given the undersigned Attorney any instructions to prosecute his appeal and has not paid the filing fees in relation to this Appeal.

6. In so far as the undersigned Attorney has been made aware, Defendant/Appellant is indigent and is unable to pay fees or costs in respect of this Appeal.

7. The undersigned Counsel is not in a position to represent the Defendant/Appellant in this appeal in the light of the fact that he has no instructions from the Defendant/Appellant to represent him in this appeal.

WHEREFORE undersigned Counsel respectfully requests this Honorable Court to enter an Order permitting him to Withdraw as Defendant/Appellant's counsel in respect of this Appeal.

---

DAVID P. ROWE, ESQ.,
FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140 West Flagler Street, Room 1500, Miami, FL 33130-1555, Clerk of the Eleventh Circuit of Appeals, 56 Forsyth Street, NW., Atlanta GA 30303, this 29th day of September, 2000.

---

DAVID P. ROWE, ESQ.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-HURLEY/VITUNAC,

UNITED STATES OF AMERICA

   Plaintiff v.

CHRISTOPHER GILBOURNE,
   Defendant
_____/

## ORDER ALLOWING WITHDRAWAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL.

THIS MATTER having come to be heard through Defendant's trial counsel to withdraw as Counsel and the Court having reviewed the same, reviewed the Court file, and otherwise having been advised in the premises, it is,

ORDERED AND ADJUDGED ,

(1) David P. Rowe, Esq., is withdrawn as counsel of record in the above styled case and shall have no further responsibility with respect to the same.

(2) The Office of the Public Defender, Miami, Florida , is hereby entered on the Record of the Court as Counsel of Record for the said defendant.

DONE AND ORDERED this         day of           2000 at
             , in the County of            , Florida

————————————
U. S. DISTRICT JUDGE.

C.C.  David P. Rowe, Esq.,
      Roger H. Stefin, Esq., AUSA.
      The Public Defender.



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN FLORIDA.

### CASE NO. 99-14016-CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

## MOTION TO EXTEND TIME TO FILE MOTION TO WITHDRAW AS COUNSEL.

    COMES NOW David P. Rowe, Esq., undersigned Counsel and files this Motion to extend Time to Withdraw as Counsel for the Defendant/Appellant Christopher Gilbourne and for good cause would show to the Court as follows:

1. Undersigned Attorney appeared as counsel for the Defendant/Appellant Christopher Gilbourne during his trial in this case.

2. The Defendant/Appellant was convicted and sentenced to a term of 160 months imprisonment.

3. In order to preserve the Defendant/Appellant's right to appeal, undersigned Counsel filed a Notice of Appeal on September 7, 2000.

4. Undersigned Counsel has written to Defendant/Appellant on numerous occasions and has sought instructions from the defendant/Appellant in respect of the prosecution of his appeal.

5. Defendant/Appellant has not given the undersigned Attorney any instructions to prosecute his appeal and has not paid the filing fees in relation to this Appeal.

6. In so far as the undersigned Attorney has been made aware, Defendant/Appellant is indigent and is unable to pay fees or costs in respect of this Appeal.

7. The undersigned Counsel is not in a position to represent the Defendant/Appellant in this appeal in the light of the fact that he has no instructions from the Defendant/Appellant to represent him in this appeal.

8. The Petitioner filed this Motion to Withdraw on September 29, 2000 but the Motion has not yet been ruled on by the Court. Petitioner has asked the Clerk to schedule the Motion for hearing. A copy of that letter is exhibited hereto and marked A".

9. The Petitioner was advised by the Assistant Public Defender that Abe Bailey, Esq., of Counsel have been appointed as Appellate Counsel for the Appellant. Attorney Abe Bailey has denied such appointment.

9. Petitioner will contact Attorneys for the Government and the Public Defender in relation to this Motion for Extension of Time.

WHEREFORE undersigned Counsel respectfully requests this Honorable Court to enter an Order granting an extension of time within which to obtain the Order of the Court permitting him to Withdraw as Defendant/Appellant's counsel in respect of this Appeal.

*David P. Rowe /By nf*
DAVID P. ROWE, ESQ.,

FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140 West Flagler Street, Room 1500, Miami, FL 33130-1555, Clerk of the Eleventh Circuit this 25th day of October, 2000.

*David P. Rowe /By my/*
DAVID P. ROWE, ESQ.

# David P. Rowe, LL.B, J.D.

18800 N.W. 2nd Ave.
Suite 105 A
Miami, Florida 33169
U.S.A.

P.O. Box 414
Kingston 6
Jamaica W.I.

Tel: 305-412-6050
    305-770-2119
Fax: 305-595-2641
    305-770-2120

October 25, 2000.

Ms. Sandra Burnham,
Deputy in Charge,
U.S. District Court,
701 Clementis Street, Room 402,
West Palm Beach, FL 33401.

  Re: United States v. Christopher Gilbourne,
     Case No. 00-06022-CR-DMM.

Dear Ms. Burnham.

On September 29, 2000 I filed a Motion to Withdraw as counsel for the Defendant Christopher in the above styled matter. I filed a Draft Order for the use of the Court. At this time I have not had a decision in relation to my Motion.

Could you please advise me of the earliest date and time available to the Court for the scheduling of this Motion to Withdraw. Of course, if the Court is able to rule on the matter without a hearing, I will be obliged.



*Member of the Florida Bar*
*Member of the Jamaica Bar*

Your most early attention will be appreciated.

Yours sincerely,

*David P. Rowe* /By my/
David P. Rowe.

c.c. Mildred Norwood,
United States Court of Appeals,
Eleventh Circuit,
56 Forsythe Street, N.W.,
Atlanta, Georgia 30303.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Clarence Maddox
Court Administrator • Clerk of Court

701 Clematis Street
West Palm Beach, Florida 33401
(561) 803-3400

October 26, 2000

David P. Rowe, LLB, J.D.
18800 NW 2 Avenue
Miami, Florida 33169

RE: 00CR6022 CR DMM

Dear Mr. Rowe:

The docket sheet does not reflect the Motion to Withdraw as counsel for Defendant Christopher. Apparently the pleadings were not received by the Court.

It is suggested that you refile the Motion and one copy with the Court in Miami, 301 N. Miami Avenue, Miami, Florida 33128. Judge Middlebrooks is stationed in the Miami Courthouse and all mail should be sent to that address.

Very truly yours,

*Sandra Burnham*
Sandra Burnham
Deputy in Charge WPB

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

# David P. Rowe, LLB, J.D.

18800 N.W. 2nd Ave.
Suite 105 A
Miami, Florida 33169
U.S.A.

P.O. Box 414
Kingston 6
Jamaica W.I.

Tel: 305-412-0059
     305-770-2119
Fax: 305-595-2641
     305-770-2120

REC'D by _____ D.C.
OCT 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

October 25, 2000.

Ms. Sandra Burnham,
Deputy in Charge,
U.S. District Court,
701 Clementis Street, Room 402,
West Palm Beach, FL 33401.

    Re:    United States v. Christopher Gilbourne,
            Case No. 00-06022-CR-DMM.

Dear Ms. Burnham.

On September 29, 2000 I filed a Motion to Withdraw as counsel for the Defendant Christopher in the above styled matter. I filed a Draft Order for the use of the Court. At this time I have not had a decision in relation to my Motion.

Could you please advise me of the earliest date and time available to the Court for the scheduling of this Motion to Withdraw. Of course, if the Court is able to rule on the matter without a hearing, I will be obliged.

*Member of the Florida Bar*
*Member of the Jamaica Bar*

Your most early attention will be appreciated.

Yours sincerely,

*David P. Rowe / By uf*

David P. Rowe.

c.c. Mildred Norwood,
United States Court of Appeals,
Eleventh Circuit,
56 Forsythe Street, N.W.,
Atlanta, Georgia 30303.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN FLORIDA,

CASE NO. 99-14016-CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

## MOTION TO EXTEND TIME TO FILE MOTION TO WITHDRAW AS COUNSEL.

COMES NOW David P. Rowe, Esq., undersigned Counsel and files this Motion to extend Time to Withdraw as Counsel for the Defendant/Appellant Christopher Gilbourne and for good cause would show to the Court as follows:

1. Undersigned Attorney appeared as counsel for the Defendant/Appellant Christopher Gilbourne during his trial in this case.

2. The Defendant/Appellant was convicted and sentenced to a term of 160 months imprisonment.

3. In order to preserve the Defendant/Appellant's right to appeal, undersigned Counsel filed a Notice of Appeal on September 7, 2000.

4. Undersigned Counsel has written to Defendant/Appellant on numerous occasions and has sought instructions from the defendant/Appellant in respect of the prosecution of his appeal.

5. Defendant/Appellant has not given the undersigned Attorney any instructions to prosecute his appeal and has not paid the filing fees in relation to this Appeal.

6. In so far as the undersigned Attorney has been made aware, Defendant/Appellant is indigent and is unable to pay fees or costs in respect of this Appeal.

7. The undersigned Counsel is not in a position to represent the Defendant/Appellant in this appeal in the light of the fact that he has no instructions from the Defendant/Appellant to represent him in this appeal.

8. The Petitioner filed this Motion to Withdraw on September 29, 2000 but the Motion has not yet been ruled on by the Court. Petitioner has asked the Clerk to schedule the Motion for hearing. A copy of that letter is exhibited hereto and marked A".

9. The Petitioner was advised by the Assistant Public Defender that Abe Bailey, Esq., of Counsel have been appointed as Appellate Counsel for the Appellant. Attorney Abe Bailey has denied such appointment.

9. Petitioner will contact Attorneys for the Government and the Public Defender in relation to this Motion for Extension of Time.

WHEREFORE undersigned Counsel respectfully requests this Honorable Court to enter an Order granting an extension of time within which to obtain the Order of the Court permitting him to Withdraw as Defendant/Appellant's counsel in respect of this Appeal.

*David P. Rowe /By nf*
DAVID P. ROWE, ESQ.,

FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Kathleen Williams, Esq., Federal Public Defender, 140 West Flagler Street, Room 1500, Miami, FL 33130-1555, Clerk of the Eleventh Circuit this 25th day of October, 2000.

DAVID P. ROWE, ESQ.

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Clarence Maddox  
Court Administrator • Clerk of Court

701 Clematis Street  
West Palm Beach, Florida 33401  
(561) 803-3400

October 26, 2000



David P. Rowe, LLB, J.D.  
18800 NW 2 Avenue  
Miami, Florida 33169

RE: 00CR6022 CR DMM

Dear Mr. Rowe:

The docket sheet does not reflect the Motion to Withdraw as counsel for Defendant Christopher. Apparently the pleadings were not received by the Court.

It is suggested that you refile the Motion and one copy with the Court in Miami, 301 N. Miami Avenue, Miami, Florida 33128. Judge Middlebrooks is stationed in the Miami Courthouse and all mail should be sent to that address.

Very truly yours,

*Sandra Burnham*  
Sandra Burnham  
Deputy in Charge WPB

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*