UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER GILBOURNE,

    Defendant(s).

_____/

FILED by ___ D.C.
NOV 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion to Withdraw as Counsel, filed November 3, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this __7__ day of November, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: David Rowe, Esq.
    Roger Stefin, AUSA
    Clerk of Court (Appeals Section)