

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN FLORIDA,

## CASE NO. 00-6022 - CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

## MOTION TO DECLARE APPELLANT INDIGENT FOR COSTS AND FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND RECORD EXCERPTS.

    COMES NOW the Appellant Christopher Gilbourne by and through the undersigned attorney and files this Motion Declare the Appellant Indigent for Costs and for Extension of Time to File Appellant's Brief and Record Excerpts and states:

1. The Appellant is incarcerated at FCI-Edgefield, P. O. Box 724, Edgefield, SC 29824. On November 14, 2000, undersigned Counsel wrote to the Appellant and advised him that the Court had denied Counsel's Motion to Withdraw and sought instructions from Appellant for the prosecution of the Appeal. Undersigned Counsel enclosed an Affidavit of Insolvency to be executed by the Appellant so as to be able to obtain a copy of the Record for purposes of preparing the Appeal.

2. Appellant executed an Affidavit on January 23, 2001 in which the Appellant has sworn that he is unable to pay the costs of this appeal or any part thereof. A copy of the said Affidavit is exhibited hereto and marked "A".

3. The Appellant respectfully requests this Honorable Court to declare

**NON-COMPLIANCE OF S.D. fla. L.R.**

      him indigent for costs and to order that the cost of providing Transcripts of the Trial and of the Sentencing Hearing be borne by the Government.

4.   The Appellant further respectfully requests that the actual cost of binding and filing the Brief and Record Excerpts be borne by the Government.

5.   The Appellant further respectfully requests that the time for filing the Brief and Record Excerpts be extended to a time not less than Sixty (60) days from the entry of an Order declaring the Appellant Indigent for Costs.

WHEREFORE the Appellant respectfully requests that this Motion be Granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger Stefin, Esq., Office of the U. S. Attorney, 500 East Broward Boulevard, Suite 7001, Ft. Lauderdale, FL 33301 and to Anne R. Schultz, Esq., Chief Appellate Division, U. S. Department of Justice, 99 NE 4th Street, Miami, FL 33132, this 30th day of January 2001.

*DRowe D.*
DAVID P. ROWE, ESQ.,
FBN 373575
18800 NW 2nd Ave., #105A,
Miami, FL 33169
(305) 653-6900; (305) 770-2119,
Fax: (305) 651-3666; (305) 770-2120



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN FLORIDA,

### CASE NO. 00-6022 - CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

## AFFIDAVIT OF INSOLVENCY.

STATE OF FLORIDA    )
                                 )   SS
COUNTY OF _____ )

    COMES NOW the Defendant CHRISROPHER GILBOURNE who being duly sworn deposes and says:

1. That he is the Defendant in the above captioned case.
2. 2. That trial by jury was held on the 17th day of May, 2000, which jury returned a verdict of guilty on one count of conspiracy to possess with intent to distribute cocaine and one count of attempt to possess with intent to distribute cocaine and that he was adjudged guilty and was sentenced by this Court on the 7th day of September, 2000.
3. That the Defendant desires to appeal the said Order, Judgment and Sentence of the Court which was entered on the 7th day of September, 2000.

4. That the Defendant is wholly unable to pay the costs of the said Appeal, either in whole or in part, and that he has no property or other means of payment, either in his possession or under his control, and has not divested himself of property for the purpose of receiving benefits for purposes of this Appeal.

5. That the Defendant is not able to enter into Bond required to secure the costs of this Appeal.

WHEREFORE, the Defendant prays that this Court enter its Order adjudging the Defendant insolvent.

_____
CHRISTOPHER GILBOURNE

STATE OF ~~FLORIDA~~ South Carolina )
                                    ) SS
COUNTY OF _____                 )

SWORN to or affirmed or subscribed before me this 23rd day of January, 2001.

_____
NOTARY PUBLIC
My commission Expires: September 17, 2008

---

DAVID P. ROWE, ESQ.,
    FBN 373575
18800 NW 2nd Ave., # 105A,
Miami, FL 33169
(305) 412-0059; (305) 770-2119.
Fax. (305) 595-2641; (305) 770-2120.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger H. Stefin, Esq., Assistant United States

Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and to Anne R. Shultz, Esq., Chief Appellate Division, U.S. Department of Justice, 99 NE 4th Street, and to the Registrar of the United States Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, Georgia, 30303 this 30th day of January. 2001.

*DRowe JP.*
DAVID P. ROWE, ESQ.

Case 0:00-cr-06022-DMM   Document 217   Entered on FLSD Docket 02/09/2001   Page 5 of 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN FLORIDA,

## CASE NO. 00-6022 - CR-MIDDLEBROOKS.

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CHRISTOPHER GILBOURNE,

    Defendant.

## ORDER

THIS MATTER having come on to be heard before me this day on the Motion of the Appellant to be declared indigent for costs and for extension of time to file Appellant's Brief and Record Excerpts in relation to this appeal and having considered the same and being other fully advised in the premises, it is

    ORDERED that the Motion be Granted.

    DONE AND ORDERED in Chambers this _____ day of 2001.

_____
DISTRICT COURT JUDGE

Copies to:
David P. Rowe, Esq.,
Roger Stefin, Esq.,
Kathleen Williams, Esq,
Anne R. Shultz., Esq.,