1

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLER.. U.S. DIST. CT.
S.O. OF FLA. MIAMI

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION

 3

 4   UNITED STATES OF AMERICA  )   CASE NO. 00-6022-CR-HURLEY
                               )     (Middlebrooks)
 5                             )
                               )   West Palm Beach, Florida
 6                             )   May 11, 2000
                   vs.         )   9:30 a.m.
 7                             )
                               )   Page 1 - 304
 8   CHRISTOPHER GILBOURNE,    )
     EDWARD DANY, and          )
 9   DORREL BRYAN,             )
                               )
10                Defendants.  )
     _____)
11
                            VOLUME 1
12
                     TRANSCRIPT OF TRIAL
13        BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                 UNITED STATES DISTRICT JUDGE
14
     APPEARANCES:
15
     For The Government:        Roger H. Stefin, Esq.
16                              Assistant U.S. Attorney
                                Miami, Florida
17
     For Defendant
18   Gilbourne:                 David Rowe, Esq.
                                Attorney-At-Law
19                              Miami, Florida

20   For Defendant Dany:        Arthur Marchetta, Esq.
                                Attorney-At-Law
21                              Fort Lauderdale, Florida

22   For Defendant Bryan:       Paul McKenna, Esq.
                                Attorney-At-Law
23                              Miami, Florida

24   Court Reporter:            Roger Watford, RPR/CM
                                Official Court Reporter
25                              Miami, Florida
```

219