522

FILED by _____ D.C.
APPEAL

FEB 1 2 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

DMM

```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
                       WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA   )   CASE NO. 00-6022-CR-HURLEY
                           )   West Palm Beach, Florida
                           )   May 16, 2000
           vs.             )   9:30 a.m.
                           )
                           )   Page 521 - 795
CHRISTOPHER GILBOURNE,     )
EDWARD DANY, and           )
DORREL BRYAN,              )
                           )
              Defendants.  )
_____)

                              VOLUME 3

                        TRANSCRIPT OF TRIAL
            BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Government:         Roger H. Stefin, Esq.
                            Assistant U.S. Attorney
                            Miami, Florida

For Defendant
Gilbourne:                  David Rowe, Esq.
                            Attorney-At-Law
                            Miami, Florida

For Defendant Dany:         Arthur Marchetta, Esq.
                            Attorney-At-Law
                            Fort Lauderdale, Florida

For Defendant Bryan:        Paul McKenna, Esq.
                            Attorney-At-Law
                            Miami, Florida

Court Reporter:             Roger Watford, RPR/CM
                            Official Court Reporter
                            Miami, Florida
```