```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION
```

FILED by _____ D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 00-6022-CR-HURLEY DMM |
| ) | Miami, Florida |
| ) | October 26, 2000 |
| vs. ) | 4:30 p.m. |
| ) | |
| ) | |
| EDWARD DANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For The Government: | Roger H. Stefin, Esq. |
| | Assistant U.S. Attorney |
| | Fort Lauderdale, Florida |
| For Defendant Dany: | Steven Kassner, Esq. |
| | Attorney-At-Law |
| | Coral Gables, Florida |
| For Defendant Bryan: | James S. Benjamin, Esq. |
| | Attorney-At-Law |
| | Fort Lauderdale, Florida |
| Court Reporter: | Roger Watford, RPR/CM |
| | Official Court Reporter |
| | Miami, Florida |