UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER GILBOURNE,

    Defendant(s).

_____/

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion to Declare Appellant Indigent for Costs and for Extension of Time to File Appellant's Brief and Record Excerpts, filed February 5, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED in part**. This Court hereby finds the Defendant Indigent for Costs pursuant to Rule 24 of the Rules of Appellate Procedures. However, this Court does not have jurisdiction over the relief seeking an extension of time to file appellant's brief and record excerpts. Such relief should be sought with the 11th Circuit U.S. Court of Appeals. *see Rules 26(a) and 27 of the Rules of Appellate Procedures.*

DONE AND ORDERED at Miami, Florida, this 15 day of February, 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    David Rowe, Esq.
       Roger Stefin, AUSA
       Clerk of Court (Appeals Section)


Rec'd in Mia DH

