# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER GILBOURNE, | ) |
| | ) |
| Appellant | ) Case No. 00-13377-F |
| V. | ) DC DKT 00-06022 CR-DMM |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Appellee | ) |

## APPELLANT'S FURTHER MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF.

COMES NOW the Appellant Christopher Gilbourne by and through the undersigned Attorney and pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure, files this Further Motion to Extend Time to File Appellant's Brief in the above styled matter and states:

1. Undersigned Counsel appeared for the appellant at his trial and in order to preserve the appellant's right to appeal filed a notice of appeal in a timely manner in this case.

2. By Order dated February 5, 2001, the Appellant was declared Indigent for Costs pursuant to Rule 24 of the Federal Rules of Appellate Procedure. A copy of the said Order is exhibited hereto and marked Exhibit "A".

3. The trial of this matter lasted over several days and it is anticipated

      that the docket will be quite voluminous.

4. Undersigned Counsel anticipates that he will need a minimum of Sixty (60) Days from the date hereof to receive the Record Excerpts from the District Court and to prepare the Brief for the Appellant herein.

5. The undersigned Counsel was advised by the Clerk of the Court for the Southern District of Florida on March 8, 2001 that the records consisting of 2 volumes of pleadings and 6 volumes of transcripts were ready.

6. Undersigned Counsel provided the Clerk of the said Court with a copy of the Order of the Court dated February 5, 2001 declaring the appellant indigent for costs and requested the Clerk to provide him with a copy of the transcripts without cost to the appellant. Undersigned Counsel has sent reminders to the Clerk of Court on May 2 and May 9, 2001 and he has not yet received the said 2 volumes of pleadings and 6 volumes of transcripts.

7. Undersigned Counsel is continuing his efforts to obtain the pleadings and transcripts from the Clerk.

8. The time for filing the appellant's brief is now scheduled for May 29, 2001. It will not now be possible for the undersigned Counsel to obtain the pleadings and transcripts in time to complete the appellant's Brief by May 29, 2001.

      WHEREFORE the Appellant respectfully requests that the time for Filing the Appellant's Brief by a further 60 days be Granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by US Mail to Roger Stefin, Esq., Office of the U. S. Attorney, 500 East Broward Boulevard, Suite 7001, Ft. Lauderdale, FL 33301 and to Anne R. Schultz, Esq., Chief Appellate Division, U. S. Department of Justice, 99 NE 4th Street, Miami, FL 33132 this 16 day of May, 2001.

---
DAVID P. ROWE, ESQ.,
FBN 373575
18800 NW 2nd Ave., #105A,
Miami, FL 33169
(305) 653-6900; (305) 770-2119,
Fax: (305) 651-3666; (305) 770-2120